# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOHN WESLEY SLAGLE,

    Petitioner,

Case No. 3:12-cv-367

    -vs-

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

MICHELE MILLER, Warden,
 Belmont Correctional Institution,

    Respondent.

## DECISION AND ORDER WITHDRAWING REPORT AND RECOMMENDATIONS AND GRANTING MOTION TO AMEND

This habeas corpus case is presently pending on a Report and Recommendations, made under Rule 4 of the Rules Governing § 2254 cases, to dismiss the Petition on initial review (Doc. No. 3).  Petitioner has filed Objections (Doc. No. 5) and a simultaneous Motion to Amend (Doc. No. 6).

28 U.S.C. § 2242 provides that a habeas corpus petition may be amended as provided in the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 15, in turn, allows a civil complaint to be amended once as a matter of course within twenty-one days after services of a responsive pleading.  Because a habeas corpus petition is one to which a responsive pleading is required, Petitioner is entitled to amend.  The Motion to Amend is GRANTED.  Because the pending Report and Recommendations addresses the unamended Petition, it is moot and is hereby WITHDRAWN.  The Magistrate Judge deems the Petition  as amended now ripe for Rule 4 review.

1

December 17, 2012.

s/ *Michael R. Merz*
United States Magistrate Judge
